# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2095
Lower Tribunal No. 17-1358

_____

**Amersham Enterprises, Inc., et al.,**
Appellants,

vs.

**Carlos Hakim-Daccach,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Greenberg Traurig, P.A., Irina Khasin, and David B. Weinstein (Tampa), for appellants.

Gordon Rees Scully Mansukhani LLP, David M. Gersten, and Joseph A. Sacher; Sequor Law P.A., Christopher A. Noel, Edward H. Davis, Jr., and Arnoldo B. Lacayo, for appellee.

Before LOGUE, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Appellants Jorge Hakim-Tawil, Amersham Enterprises, Inc., Arkata Investments, Inc., Gyptec, S.A., n/k/a Violet Investment Corp. S.A. En Liquidacion, Leinster Garden Assets, Inc., and Ukiah International Corp. appeal the trial court's final judgment, rendered on November 4, 2022, in favor of Appellee Dr. Carlos Hakim-Daccach. Based upon Appellee's commendable confession of error as to the issue of setoff, and our independent review of the record, we accept the confession of error and reverse the final judgement for further proceedings consistent therewith. The final judgment is affirmed in all other respects.

Affirmed in part; reversed in part and remanded for further proceedings consistent with this opinion.